**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-11433
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REUBEN F. CLARK,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(4:93-CR-130-1-Y)

January 5, 1999

Before POLITZ, Chief Judge, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

Reuben F. Clark appeals the district court's revocation of his supervised release,

contending that the district court plainly erred in concluding that Clark had committed

a grade A violation of his supervised release. Our review of the record and briefs of

the parties discloses no plain error by the district court in sentencing Clark to 18

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

months imprisonment.[1]

        AFFIRMED.

---

[1] **United States v. Ayers**, 946 F.2d 1127 (5th Cir. 1991); 18 U.S.C. § 3583(g).